# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 3, 2016

152035

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

CITY OF HUNTINGTON WOODS and CITY
OF PLEASANT RIDGE,
 Plaintiffs/
 Counter-Defendants-Appellants,

v

CITY OF OAK PARK,
 Defendant/
 Counter-Plaintiff-Appellee,
and

45TH DISTRICT COURT,
 Defendant/Appellee.

SC: 152035
COA: 321414
Oakland CC: 2013-135842-CZ

_____/

On order of the Court, the application for leave to appeal the June 11, 2015 judgment of the Court of Appeals is considered. We direct the Clerk to schedule oral argument on whether to grant the application or take other action. MCR 7.305(H)(1). The parties shall file supplemental briefs within 42 days of the date of this order addressing: (1) whether in the absence of an agreement for joint funding of a district court in districts of the third class where the court sits in only one political subdivision, all district funding units within the district have an independent obligation to fund the court; (2) whether the parties in this case agreed that the 45th District Court would be funded entirely by the City of Oak Park; and (3) whether revenue from fees collected for building operations and retiree benefits is subject to revenue sharing under MCL 600.8379(1)(c). The parties should not submit mere restatements of their application papers.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 3, 2016



t0127

Clerk